

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2025

No. 04-25-00488-CV

**IN RE** Linda **CARRANZA** and Benjamin Carranza Jr.

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
Adrian A. Spears, II, Justice
H. Todd McCray, Justice

On August 1, 2025, relators filed a petition for writ of mandamus seeking an order directing respondent to vacate an order approving substitute service allegedly signed on July 29, 2025, declaring all proceedings in the underlying matter void, and dismissing the underlying action. Relators have failed to provide an adequate record in support of their request for relief. *See* TEX. R. APP. P. 52.3(k)(1)(B) and 52.7(a). The petition for writ of mandamus is **DENIED**.

It is so **ORDERED** on October 8, 2025.

_____
Adrian A. Spears, II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2025CI05640, styled *Americredit Financial Services, Inc. and GM Financial vs. Linda O. Carranza and Benjamin Carranza, Jr.*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.